UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOLORES TROILO, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD MICHNER, *ET AL.*, <br><br> Defendants. | HON. RENÉE MARIE BUMB <br><br> Civil No. 13-2012 (RMB) (AMD) <br><br> STIPULATION OF DISMISSAL AS TO DEFENDANT UNITED STATES OF AMERICA |

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c), it is hereby stipulated and agreed, by and among plaintiffs Dolores Troilo and Korey Sloan (in their own right and as administrators of the estate of Daven Sloan), defendant the United States of America, defendant/cross-claimant Richard Michner, M.D., defendant/cross-claimant Michner & Milio P.A., and defendant/cross-claimant Cape Regional Medical Center, as follows:

1. Any and all claims made by plaintiffs against defendant United States of America, Community Healthcare Inc. d/b/a CompleteCare Health Network ("CompleteCare"), Nurse Mary Herron, N.P., and Nurse Cathy Geria, A.P.N., are dismissed with prejudice and without costs against any party;

2. Any and all cross-claims made by any cross-claimant against defendant United States of America, CompleteCare, Nurse Mary Herron, and Nurse Cathy Geria, A.P.N., are dismissed with prejudice and without costs

against any party;

3. Defendant the United States of America is dismissed from this action;

4. This stipulation may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

Dated: February __, 2016

LOCKS LAW FIRM

By: _____
JENNIFER EMMONS, ESQ.
*Attorney for Plaintiffs*

Dated: ~~February~~ March 8, 2016

PAUL J. FISHMAN
United States Attorney

By: _____
DAVID BOBER
Assistant U.S. Attorney
*Attorney for defendant
United States of America*

Dated: February 8, 2016

CRAMMER, BISHOP & O'BRIEN

By: _____
DAVID BISHOP, ESQ.
*Attorney for defendant
Cape Regional Medical Center*

Dated: February __, 2016

DRAKE LAW FIRM

By: _____
STEVE DRAKE, ESQ.
*Attorney for defendants
Richard Michner, M.D., and
Michner & Milio, P.A.*

2

against any party;

3. Defendant the United States of America is dismissed from this action;

4. This stipulation may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

| | |
|---|---|
| Dated: February __, 2016 | Dated: February __, 2016 |
| LOCKS LAW FIRM | PAUL J. FISHMAN<br>United States Attorney |
| By: _____<br>JENNIFER EMMONS, ESQ.<br>*Attorney for Plaintiffs* | By: _____<br>DAVID BOBER<br>Assistant U.S. Attorney<br>*Attorney for defendant*<br>*United States of America* |
| Dated: February 8, 2016 | Dated: February 26, 2016 |
| CRAMMER, BISHOP & O'BRIEN | DRAKE LAW FIRM |
| By: /s/ David Bishop<br>DAVID BISHOP, ESQ.<br>*Attorney for defendant*<br>*Cape Regional Medical Center* | By: /s/ Steve Drake<br>STEVE DRAKE, ESQ.<br>*Attorney for defendants*<br>*Richard Michner, M.D., and*<br>*Michner & Milio, P.A.* |