Jennifer L. Emmons, Esquire
LOCKS LAW FIRM, LLC
801 N. Kings Highway
Cherry Hill, NJ  08034
(856) 663-8200
(856) 661-8400 (fax)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOLORES TROILO and KOREY SLOAN, As Administrators of the Estate of DAVEN SLOAN and DOLORES TROILO in her own right and KOREY SLOAN in his own right<br><br>Plaintiff(s),<br><br>v.<br><br>RICHARD MICHNER, M.D.; JOSEPH MILIO, D.O.; MARY HERRON, N.P.; CATHY GERIA, A.P.N.; COMPLETE CARE HEALTH NETWORK d/b/a/ COMPLETE CARE WOMEN'S CENTER; MICHNER & MILIA, PA ; CAPE REGIONAL MEDICAL CENTER; JOHN DOES, M.D. #1-10; JANE ROES, R.N. #1-10; ABC CORPORATION #1-10,<br>Defendant(s). | Civil Action No.: 1:13-CV-02012-RMB-AMD<br><br>**CONSENT ORDER**<br>**FOR REMAND** |

1. The above captioned matter had originally been removed to federal court under 28 U.S.C. § 1331, as Plaintiffs had filed claims against the United States under the Federal Tort Claims Act (28 U.S.C. § 2674).

2. All parties have dismissed all claims against the United States, and this Court signed the Order of dismissal on March 8, 2016.

3. The dismissal of the claims against the United States means that there is currently no federal question jurisdiction in the case. Therefore, at this point, this Court lacks subject matter jurisdiction.

**THIS MATTER** having come before the Court by way of mutual consent of all counsel, for an Order remanding the above-captioned matter to the Superior Court of New Jersey, Cape May County, and the Court having reviewed and approved of the Consent Order, and for good cause shown;

IT IS ON THIS 20th DAY OF April 2016,

**ORDERED** that pursuant to 28 § U.S.C. 1447 (c), the above-captioned matter be and is hereby **REMANDED** to the Superior Court of New Jersey, Law Division, Cape May County, Docket No.: CPM-L-0028-12, for further proceedings because this Court lacks subject matter jurisdiction over this matter.

**IT IS FURTHER ORDERED** that the Clerk shall close this case upon the docket.

_____
RENEE MARIE BUMB, U.S.D.J.

**WE HEREBY CONSENT TO THE ABOVE FORM OF ORDER:**

_____
Jennifer L. Emmons, Esquire
*Attorneys for Plaintiffs, Dolores Troilo, Korey Sloan, As Administrators of the Estate of Daven Sloan and Dolores Troilo in her own right and Korey Sloan in his own right*


_____
Steve Drake, Esquire
*Attorneys for Richard Michner, M.D. & Michner & Milio, P.A.*


_____
David J. Bishop, Esquire
*Attorneys for Cape Regional Medical Center*

WE HEREBY CONSENT TO THE ABOVE FORM OF ORDER:


Jennifer L. Emmons, Esquire
*Attorneys for Plaintiffs, Dolores Troilo, Korey Sloan, As Administrators of the Estate of Daven Sloan and Dolores Troilo in her own right and Korey Sloan in his own right*


Steve Drake, Esquire
*Attorneys for Richard Michner, M.D. & Michner & Milio, P.A.*


David J. Bishop, Esquire
*Attorneys for Cape Regional Medical Center*

3